# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEENA GRICE <br> *Plaintiff* <br> v. <br> VIM HOLDINGS GROUP, LLC, ET AL. <br> *Defendant* | Civil Action No.: <br> 1:17-CV-10944-WGY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    John Bartlett
c/o Benjamin Davis
Locke Lord, LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kristin Thurbide
Culik Law PC
225 Franklin Street, 26th Floor
Boston, MA 02110
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Matthew Paine
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2017-07-14 15:02:53.0, Clerk USDC DMA

Civil Action No.: 1:17-CV-10944-WGY

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title. if any)



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*                                                                July 20, 2017

I hereby certify and return that on 7/18/2017 at 11:15 AM I served a true and attested copy of the Summons in Civil Action, Complaint and Cover Sheet and Exhibits in this action in the following manner: To wit, by delivering in hand to Lorena Houseworth, Admin Assistant, agent and person in charge at the time of service for John Bartlett, at Benjamin Davis, Locke Lord, LLP 111 Huntington Avenue 9th Floor Boston, MA 02199 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Postage and Handling ($1.00) U.S. District Court Fee ($5.00) Total: $41.00

Deputy Sheriff   Terrance Williams

_____
                                    Deputy Sheriff

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____          _____
Date                              Server's Signature

                                  _____
                                  Printed name and title

                                  _____
                                  Server's Address

Additional information regarding attempted service, etc: