UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEENA GRICE,<br><br>      Plaintiff,<br><br>v.<br><br>VIM HOLDINGS GROUP, LLC, MICHAEL D'AMBROSE, HIRSCH MOHINDRA, B FINANCIAL, LLC, JOHN BARTLETT, U SOLUTIONS GROUP, LLC, THERESA D'AMBROSE, GLOBAL SERVICE GROUP, LLC, RUGH POUTANEN, KRW ATTORNEYS & ASSOCIATES, LLC, AND GEORGE WAHBEH,<br><br>      Defendants. | CIVIL ACTION NO.  1:17-CV-10944-WGY |

**NOTICE OF APPEARANCE**

Please enter the appearance of Susan E. Cohen of Peabody & Arnold LLP as attorney for the defendants, KRW ATTORNEYS & ASSOCIATES, LLC and GEORGE WAHBEH.

                                                                                      KRW ATTORNEYS & ASSOCIATES, LLC and GEORGE WAHBEH

                                                                                      By their attorneys,

                                                                                      */s/ Susan E. Cohen*
                                                                                      Susan E. Cohen, BBO # 553353
                                                                                      Steven E. DiCairano, BBO # 694228
                                                                                      PEABODY & ARNOLD LLP
                                                                                      Federal Reserve Plaza
                                                                                      600 Atlantic Avenue
                                                                                      Boston, MA  02210-2261
                                                                                      Telephone: (617) 951-2100
                                                                                      scohen@peabodyarnold.com
                                                                                      sdicairano@peabodyarnold.com

Date:  September 29, 2017

**CERTIFICATE OF SERVICE**

  I, Susan E Cohen, do hereby certify, that I have, this 29th day of September, 2017 served the foregoing document on all counsel of record, by causing a copy thereof, to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing (NEF).

                 */s/ Susan E. Cohen*
                 Susan E. Cohen

1296140_1
1518-410

2