UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEENA GRICE,<br><br>       Plaintiff,<br><br>v.<br><br>VIM HOLDINGS GROUP, LLC, MICHAEL D'AMBROSE, HIRSCH MOHINDRA, B FINANCIAL, LLC, JOHN BARTLETT, U SOLUTIONS GROUP, LLC, THERESA D'AMBROSE, GLOBAL SERVICE GROUP, LLC, RUGH POUTANEN, KRW ATTORNEYS & ASSOCIATES, LLC, AND GEORGE WAHBEH,<br><br>       Defendants. | CIVIL ACTION NO. 1:17-CV-10944-WGY |

**NOTICE OF APPEARANCE**

Please enter the appearance of Steven E. DiCairano of Peabody & Arnold LLP as attorney for the defendants, KRW ATTORNEYS & ASSOCIATES, LLC and GEORGE WAHBEH.

                  Respectfully submitted,

                  */s/ Steven E. DiCairano*
                  Steven E. DiCairano, BBO No. 694228
                  Peabody & Arnold LLP
                  Federal Reserve Plaza
                  600 Atlantic Avenue
                  Boston, MA 02210
                  (617) 951-2100
                  *sdicairano@peabodyarnold.com*

Date: September 29, 2017

## CERTIFICATE OF SERVICE

    I, Steven E. DiCairano, do hereby certify, that I have, this 29th day of September, 2017 served the foregoing document on all parties and/or counsel of record, by causing a copy thereof, to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing (NEF) and via first-class mail to the following:

| | |
|---|---|
| VIM Holdings Group, LLC<br>1005 W. Lake Street<br>Addison, IL  60101 | VIM Holdings Group, LLC<br>P.O. Box 959<br>Wood Dale, IL  60191 |
| Michael D.'Ambrose<br>1931 W. Wolfram Street<br>Chicago, IL  60657 | B Financial, LLC<br>125 E. Lake Street, Suite 201<br>Bloomingdale, IL  60108 |
| U Solutions Group, LLC<br>1005 W. Lake Street<br>Addison, IL  60101 | U Solutions Group, LLC<br>P.O. Box 959<br>Wood Dale, 60191 |
| Theresa D'Ambrose<br>1931 W Wolfram Street<br>Chicago, IL  60657 | Global Service Group, LLC<br>800 S. Wells Avenue, Suite 170<br>Chicago, IL  60607 |

                                              */s/ Steven E. DiCairano*
                                              Steven E. DiCairano

1296165  (1518-480)