# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEENA GRICE,<br>    Plaintiff<br><br>v.<br><br>VIM HOLDINGS GROUP, LLC, MICHAEL D'AMBROSE, HIRSCH MOHINDRA, B FINANCIAL, LLC, JOHN BARTLETT, U SOLUTIONS GROUP, LLC, THERESA D'AMBROSE, GLOBAL SERVICE GROUP, LLC, RUTH POUTANEN, KRW ATTORNEYS & ASSOCIATES, LLC, and GEORGE WAHBEH<br>    Defendant | C.A. No.: 1:17-cv-10944-WGY |

## **NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of the undersigned attorney, Mark C. Rossi, Esquire, Bostonian Legal Group, LLC, as counsel for the Defendants VIM Holdings Group LLC, Michael D'Ambrose, B Financial LLC, John Bartlett, U Solutions Group LLC, Theresa D'Ambrose, Global Service Group LLC, and Ruth Poutanen.

Respectfully Submitted,

Dated: October 10, 2017

    __*/s/ Mark Rossi*_____
Mark C. Rossi, Esq. (BBO: 662376)
Bostonian Legal Group, LLC
One Boston Place, 26th Floor
Boston, Massachusetts 02108
617-956-0956 (telephone)
877-266-0957 (facsimile)
MCR@BostonianLegal.com

1

## **CERTIFICATE OF SERVICE**

      I, Mark C. Rossi, as new counsel for the above referenced Defendants, hereby certify that on the 10th day of October, 2017, the foregoing document is being filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non- registered participants.

Dated: 10/10/ 2017             */s/ Mark C. Rossi*_____
                                        Mark C. Rossi, Esquire