# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHENA GRICE,<br>　　Plaintiff<br><br>v.<br><br>VIM HOLDINGS GROUP, LLC, MICHAEL D'AMBROSE, HIRSCH MOHINDRA, B FINANCIAL, LLC, JOHN BARTLETT, U SOLUTIONS GROUP, LLC, THERESA D'AMBROSE, GLOBAL SERVICE GROUP, LLC, RUTH POUTANEN, KRW ATTORNEYS & ASSOCIATES, LLC, and GEORGE WAHBEH<br>　　Defendants | C.A. No.: 1:17-cv-10944-WGY |

### DEFENDANTS' JOINT MOTION TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION

　　NOW COME the Defendants VIM Holdings Group LLC, Michael D'Ambrose, John Bartlett, Theresa D'Ambrose, Global Service Group LLC, Ruth Poutanen, KRW Attorneys and Associates, LLC, and George Wahbeh, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 12(b)(2) hereby move to dismiss the *Complaint and Jury Demand.*

　　For the reasons set forth in the accompanying *Memorandum of Law* this Court lacks personal jurisdiction over these defendants.

　　WHEREFORE, the Defendants respectfully pray and request that this Honorable Court DISMISS the Plaintiff's Complaint, award costs and fees, and enter such further relief deemed just and appropriate.

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | The Defendants<br>VIM Holdings Group LLC, Michael D'Ambrose, B Financial LLC, John Bartlett, U Solutions Group LLC, Theresa D'Ambrose, Global Service Group LLC, Ruth Poutanen, |
| Dated:  October 10, 2017 | By their attorneys: |
|  | __/s/ Mark Rossi_____<br>Mark C. Rossi, Esq. (BBO: 662376)<br> Bostonian Legal Group, LLC<br>One Boston Place, 26th Floor<br>Boston, Massachusetts 02108<br>617-956-0956 (telephone)<br>877-266-0957 (facsimile)<br>MCR@BostonianLegal.com |
|  | The Defendant KRW Attorneys and Associates, LLC, and George Wahbeh<br>By their attorneys, |
| Dated:  October 10, 2017 |  |
|  | /s/ Susan E. Cohen_____<br>Susan E. Cohen, BBO # 553353<br>Steven E. DiCairano, BBO # 694228<br>PEABODY & ARNOLD LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>Telephone: (617) 951-2100<br>scohen@peabodyarnold.com<br>sdicairano@peabodyarnold.com |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

    Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on July 13, 2017, prior counsel for the Defendants, Benjamin R. Davis, conferred with the plaintiff's counsel, who did not assent to the relief sought in this motion. This motion is being re-filed by successor counsel and said undersigned counsel directs the Court's attention to the original Motion of July 14, 2017 (Docket # 21), which contains Attorney Davis' certification as well.

Dated: 10/10/ 2017                           /s/ Mark C. Rossi_____
                                                           Mark C. Rossi, Esquire

## **CERTIFICATE OF SERVICE**

      I, the undersigned counsel on behalf of all parties filing here, hereby certify that on the 10th day of October, 2017, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non- registered participants.

Dated: 10/10/ 2017                     */s/ Mark C. Rossi*_____
                                                        Mark C. Rossi, Esquire